**Order entered October 12, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00538-CV

## IN RE: THE MATTER OF THE ESTATE OF
## BEDA GARCIA BARNETT, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-02899-3**

## ORDER

On October 11, 2022, we granted appellants' second motion for an extension of time to file their opening brief and ordered the brief tendered by appellants filed as of the date of the order. Before the Court is appellants' October 11, 2022 third motion for an extension of time to file their opening brief. Because appellants' brief has now been filed, we **DENY** the motion as moot.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE